## \* LYDIA BACHELOR *versus* her Husband, WILLIAM BACHELOR.

An order to give notice by publishing in a newspaper three weeks successively is complied with by publishing in such paper *in* three successive weeks, although there be not an interval of a week between either the first and second, or second and third publications.

THIS was an application to sell real estate in the absence of the husband. (*a*) The entry was at a former term of the Court, and the order of notice was to be published in a newspaper [*specified*] *three weeks successively*. The notice was inserted in the paper pointed out, (it happening to be a paper which was issued from the press twice weekly,) first in the paper of *Saturday,* June 30th, secondly, *Saturday,* July 7th, and thirdly, *Wednesday,* July 11th.

It was made a question whether the order had been complied with, because there was not an interval of a week between the *second* and *third* publications.

The Court (*Dana,* C. J., *Sedgwick,* and *Sewall,* justices,) held that the order had been *substantially* complied with. They said it was usual, however, to publish with an interval of a week, but that it was not strictly necessary. The publication has been made in *three successive weeks,* which is sufficient. The husband was called, and did not appear; and the prayer of the petition was granted.

(*a*) See *Act of Nov.* 21, 1787, (*stat.* 1787, *c.* 32.)